UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Brandon C. Holm

       v.                        Civil No. 11-cv-32-JD

Town of Derry, et al.

## O R D E R

On July 5, 2011, Attorney Wenners filed a Notice of Attorney Withdrawal, Document #6, on behalf of the plaintiff. Pursuant to LR 83.6(d), an attorney may only withdraw from a case by leave of court after the filing of a motion, if the case has been pre-tried and/or a trial date has been set. As this case has been pre-tried and trial has been set, Document #6 is herewith ordered stricken.

SO ORDERED.

July 6, 2011                                       */s/ Joseph A. DiClerico, Jr.*
                                                        Joseph A. DiClerico, Jr.
                                                        United States District Judge

cc:     Vincent A. Wenners, Jr., Esq.
        Corey M. Belobrow, Esq.